232 So.2d 518

**STATE of Louisiana**

**v.**

**John K. SNYDER.**

**No. 50390.**

March 30, 1970.

FOURNET, Chief Justice.

Inasmuch as the issue presented in the above entitled application for writs is identical with that in the case of State of Louisiana v. John Louis Elie, William Edward Scott and Clifton Styles, bearing No. 50,237 of this Court, then pending before us, consideration of this application has been withheld until final disposition of the latter case; our decision in that case was handed down on February 23, 1970, 255 La. 767, 232 So.2d 507 and is controlling in the instant matter as a rehearing was this day denied therein.

For the reasons assigned in the case of State v. Elie, Scott and Styles, the ruling of the trial judge refusing to submit the motion to recuse the judges of the Ninth Judicial District Court for hearing is overruled and it is now ordered, adjudged, and decreed that the Honorable Guy E. Humphries, Jr., Judge of the Ninth Judicial District, appoint a judge from an adjoining district to try the motion to recuse.

SANDERS, J., having dissented in State v. Elie et al., now concurs.

232 So.2d 519

**STATE of Louisiana ex rel. William W. EARL**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 50457.**

March 30, 1970.

In re: William W. Earl applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

232 So.2d 519

**STATE of Louisiana**

**v.**

**Albert J. RISSER, Jr.**

**No. 50451.**

March 30, 1970.

In re: State of Louisiana applying for writs of certiorari, prohibition and mandamus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.